UNITED STATES of America,
Plaintiff-Appellee,

v.

George Harley PERKINS, Defendant-
Appellant.

No. 72-1228

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 6, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

The appellant, George Harley Perkins, was convicted by a jury of violating the statutes prohibiting the armed robbery of a bank, 18 U.S.C., § 2113(a) (d) and 18 U.S.C., § 924(c) (2). He was sentenced to imprisonment for terms of fifteen years and three years, consecutively.

On appeal, Perkins complains of the identification furnished by the one bank employee present at the night-time robbery, of the order of proof, and of the admission in evidence of a letter signed by Perkins, written while he was in jail.

We detect no error which would warrant reversal and the conviction is affirmed under our Local Rule 21.[1]

Affirmed.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

UNITED STATES of America,
Appellee,

v.

John E. MANFREDONIA, Defendant-
Appellant.

No. 850, Docket 72-1403.

United States Court of Appeals,
Second Circuit.

Argued May 26, 1972.

Decided May 26, 1972.

William T. Griffin, New York City (Peter Griffin, New York City, on the brief), for defendant-appellant.

John J. Kenney, Asst. U. S. Atty. (Whitney North Seymour, Jr., U. S. Atty., S. D. New York, Peter F. Rient, Asst. U. S. Atty., on the brief), for appellee.

Before LEVENTHAL,** FEINBERG and MULLIGAN, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the opinion of Judge Frankel, reported at 341 F.Supp. 790 (S.D.N.Y. 1972).

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

** Of the United States Circuit Court for the District of Columbia, sitting by designation.